#60898

UNCLAIMED FUNDS

2011 JAN -3 PM 12: 18

JANUARY 3, 2011

08-61258    JESSE JONES
CREDITOR DID NOT CASH CHECK ✓
CHECK #469806 FOR $9,036.63
CITIMORTGAGE
PO BOX 6006
THE LAKES, NV 88901-6006

06-62081    DANNA REEDY
CREDITOR DID NOT CASH CHECK ✓
CHECK #469807 FOR $3,918.93
AFSA DATA CORP
PO BOX 22724
LONG BEACH, CA 90801-5724

```
                    0 • *
            9,036.63 +
            3,918.93 +
        002
           12,955.56 *
```