#60964

FILED
2011 MAR -3 PM 12:48
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

UNCLAIMED FUNDS

MARCH 2, 2011

06-62081    DANA LYNN REEDY
            CREDITOR DID NOT CASH CHECK
            CHECK #481404 FOR $180.00
            GOAL FINANCIAL
            ACS
            PO BOX 22724
            LONG BEACH, CA  90810-5724

08-61258    JESSE JERMAINE JONES
            CREDITOR DID NOT CASH CHECK
            CHECK #481403 FOR $377.87
            CITIMORTGAGE, INC
            PO BOX 6006
            THE LAKES, NV  88901-6006

```
  0 . *
180 . 00 +
377 . 87 +
557 . 87 *
```