```
   0 · *

 422 · 45 +                    UNCLAIMED FUNDS                    FILED

                                                                  2011 APR -1  PM 12:48
 422 · 45 *
                                                                  CLERK U.S. BANKRUPTCY COURT
                                                                  NORTHERN DISTRICT OF OHIO
                      2011                                              CANTON
```

      06-62081    DANA LYNN REEDY
                      CREDITOR DID NOT CASH CHECK
                      CHECK #487535 FOR $422.45
                      GOAL FINANCIAL
                      ACS
                      PO BOX 22724
                      LONG BEACH, CA  90810-5724

```
       UNITED STATES
       BANKRUPTCY COURT

       Northern District of Ohio
           CANTON Division

       R1 - 00061008
       Intake deputy: 2000696 (S. Es.)

       April 01, 2011 12:52:29

   Code    Case #    Qty       Amount
  UF - UNCLAIMED FUNDS
         06-62081RK   1@      $422.45CK
   Debtor - Reedy
   Payment Type - CHECK
   Check Number - 487535

  TOTAL  -        $422.45
  TEND   -         422.45
  CHANGE -           0.00

  FROM: TOBY L ROSEN
        121 CLEVELAND AVE SW
        CANTON OH 44702
        330-455-2222
```