#61047

UNCLAIMED FUNDS

FILED
2011 MAY -2 PM 2: 05

US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

APRIL 29, 2011

06-62081     DANA LYNN REEDY
             CREDITOR DID NOT CASH CHECK
             CHECK #493659 FOR $177.37
             GOAL FINANCIAL
             ACS
             PO BOX 22724
             LONG BEACH, CA  90810-5724